GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
GEICO ADVANTAGE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS PANHOLZER,<br><br>Plaintiff,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, a foreign corporation, DOES I through X, inclusive, ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants | 2:19-cv-00606-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, GEICO ADVANTAGE INSURANCE COMPANY and Plaintiff, THOMAS PANHOLZER, by and through their attorneys of record that all of Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, as per the signed Binding Arbitration agreement, with each of the parties to pay their own attorney fees and costs herein incurred.

IT IS FURTHER Stipulated that any trial or hearing dates currently scheduled be VACATED.

DATED this 13th day of November, 2019.

| RANALLI ZANIEL FOWLER & MORAN, LLC | EDWARD M. BERNSTEIN & ASSOCIATES |
|---|---|
| /s/ *[signature]* 8071<br>GEORGE M. RANALLI, ESQ.<br>Nevada Bar No. 5748<br>2400 W. Horizon Ridge Parkway<br>Henderson, Nevada 89052<br>Attorneys for Defendant | /s/ *[signature]*<br>BRIAN E. LUNT, ESQ.<br>Nevada Bar No. 11189<br>500 South Fourth Street<br>Las Vegas, NV 89101<br>Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED:

Dated: November 20, 2019.

_____
UNITED STATES DISTRICT JUDGE